# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148939

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                               SC: 148939
                               COA: 313562

MICHAEL ALLEN COOPER,
       Defendant-Appellant.
                               Oakland CC: 2012-239744-FC

_____/

On order of the Court, the application for leave to appeal the February 25, 2014 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Lockridge* (Docket No. 149073) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



                              Clerk

s0721